IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:23-CR 5 |
| | § | Judge: Crone-Hawthorn |
| JUSTIN LEE GRIFFIN | § | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 0 4 2023

BY
DEPUTY_____

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Prohibited Person)

On or about August 24, 2022, in the Eastern District of Texas, **Justin Lee Griffin**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit: a Glock semi-automatic pistol, model G19, 9mm bearing serial number BDBT510, while knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

All in violation of 18 U.S.C. § 922(g)(1).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, § 924(d)(1) and Title 28, United States Code, § 2461(c).

Upon conviction of the offense in violation of Title 18 U.S.C. § 922(g) set forth in

Count One of this Indictment, the defendant, **Justin Lee Griffin** shall forfeit to the United States pursuant to Title 18, United States Code, § 924(d)(1) and Title 28, United States Code, § 2461(c), any firearms and ammunition involved in the commission of the offense including:

    a.    a Glock, semi-automatic pistol, model G19, 9mm bearing serial number BDBT510

If any of the property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, § 853(p), as incorporated by Title 28, United States Code, § 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*Rachel Grove*                  1-4-23
RACHEL L. GROVE             Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 1:23-CR 5 |
| | § § | |
| JUSTIN LEE GRIFFIN | § | |

## NOTICE OF PENALTY

### Count One

Violation:  18 U.S.C. § 922(g)(1).

Penalty:  Imprisonment of not more than fifteen (15) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

  If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than five (5) years.

Special Assessment: $ 100.00

Notice of Penalty-Page 1